```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
SAFIULLAH HASANI,                                             :
                                      Plaintiff,              :
                                                              :    24 Civ. 9449 (LGS)
            -against-                                         :
                                                              :           ORDER
HUMBLE BUNDLE INC.,                                           :
                                      Defendant.              :
                                                              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated December 12, 2024, required the parties to file a proposed case management plan and joint letter by January 22, 2025;

WHEREAS, the initial pretrial conference is currently scheduled for January 29, 2025, at 4:00 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **January 24, 2025.**

Dated: January 23, 2025
       New York, New York

                                                   _____
                                                   **LORNA G. SCHOFIELD**
                                                   **UNITED STATES DISTRICT JUDGE**